IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CARL LEIGH MARTIN ,

       Appellant,

v.

STATE OF FLORIDA ,

       Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1047

Opinion filed December 4, 2015.

An appeal from the Circuit Court for Duval County.
Marianne L. Aho, Judge.

Nancy A. Daniels, Public Defender, Colleen Dierdre Mullen, Assistant Public Defender, for Appellant.

Pamela Jo Bondi, Attorney General, Kristen Lynn Bonjour, Assistant Attorney General, for Appellee.

PER CURIAM.

      AFFIRMED.

BENTON, OSTERHAUS, and BILBREY, JJ., CONCUR.